# LEVI HUEBNER & ASSOCIATES, PC
## ATTORNEYS AND COUNSELORS AT LAW

ATLANTIC AVENUE, SUITE 202
BROOKLYN, NY 11201
TEL: (212) 354-5555
FAX: (718) 636-4444

EMAIL: NEWYORKLAWYER@MSN.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/18
```

**MEMO ENDORSED**

November 20, 2018

<u>Via ECF:</u>

Honorable Colleen McMahon, Chief Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY

Re: ***Weisshaus v. Collection Bureau Of The Hudson Valley, Inc.***
<u>Case No: 7:18-cv-10362-CM</u>

Honorable Chief Judge McMahon:

This firm represents the Plaintiff. Your Honor issued an electronic order dated November 20, 2018 closing the above captioned matter.

In attempting to file a complaint on behalf of Plaintiff a glitch in the ECF system linked Plaintiff as appearing pro-se and linked the filing of the complaint as pro-se. This glitch happened because Plaintiff has a separate and unrelated case in which he appears pro-se and has his own ECF filing account. See *Weisshaus vs Port Authority of New York and New Jersey* 11-cv-6616 (RKE). As a direct result, due to the filing difficulties, that same day, Plaintiff refiled his case and again paid a filing fee. See *Weisshaus v. Collection Bureau Of The Hudson Valley, Inc.* Case No: 7:18-cv-10363 (CS) for the corrected filing. No complaint has been filed in the instant action.

Wherefore, it is respectfully requested that the Court enter an order terminating this case without prejudice and expunging the docket, and directing the Clerk of the Court to refund the filing fee to Levi Huebner & Associates P.C. as well such other and further relief the Court deems appropriate under the circumstances.

Dated: Brooklyn, NY
November 20, 2018

Respectfully submitted,

Levi Huebner & Associates, PC

/ s / Levi Huebner
_____
Levi Huebner

11/26/2018
Clerk ordered
terminate case -
refund filing fee
to counsel